UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE GARCIA,

        Plaintiff,

   v.

STATE OF CALIFORNIA,

        Defendant.

Case No. 13-0916 JST (PR)

**ORDER OF DISMISSAL**

On February 28, 2013, plaintiff filed a "Motion to Vacate, Modify, or Set Aside Restitution" (Doc. #1), which the Clerk filed as a new civil action. <u>Jose Garcia v. State of California</u> No. C-13-0916-JST (PR) (N.D. Cal. filed Feb. 28, 2013). On the day it was opened, the Clerk notified plaintiff that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). In a letter filed with the Court on March 12, 2013, plaintiff explains that he intended that his motion be filed in one of his prior cases in this Court, <u>Jose Garcia Rodriguez v. Creed</u>, No. C-11-1008-JF (PR) (N.D. Cal. filed March 3, 2011).

Plaintiff may not file the motion in his prior case as it is now closed. If plaintiff has any claims he would like to pursue in federal court, he may do so by filing a complaint or petition along with the filing fee or a completed IFP application. As that does not appear to be his intent with the filing of the motion in this case, the case is DISMISSED as opened in error. The Clerk shall administratively close this case. No fee is due.

**IT IS SO ORDERED**.

Dated: April 5, 2013

                                   JON S. TIGAR
                              United States District Judge